No. 94–5863. BROWN *v.* CITY OF ST. PETERSBURG ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–5864. COLE *v.* INDIANA. Ct. App. Ind. Certiorari denied.

No. 94–5874. COVARRUBIAS LOPEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–5877. GASKINS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–5879. ASHWORTH *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 94–5883. JACKSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–5884. MINICONE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–5890. MOORE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–5893. JOHNSON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–5896. WILLIAMS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–5900. IOVINO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–5901. HARRIS *v.* UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 94–5902. GRAHAM *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 94–5904. ACEVEDO *v.* RICHARDSON, COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied.

No. 94–5906. CRAIN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–5908. BARRERA HERNANDEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.